

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:           01-15-00181-CR

Style:                  Patrick Dunbar Jesse

                        v. The State of Texas

Date motion filed:      October 18, 2015

Type of motion:         Motion to Substitute Counsel

Party filing motion:    Appellant

Document to be filed:

Is appeal accelerated?       No

If motion to extend time:
    Original due date:
    Number of previous extensions granted:          Current Due date:
    Date Requested:

Ordered that motion is:

☐    Granted

    If document is to be filed, document due:

    ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐    Denied

☑    Dismissed (*e.g.*, want of jurisdiction, moot)

☐  Other: _____

Our opinion in this case issued on February 24, 2017. Because no timely motion for rehearing or motion for en banc reconsideration, or timely motion to extend time to file such a motion, was filed, our plenary power expired on April 25, 2017. *See* TEX. R. APP. P. 19.1(a). Accordingly, we **dismiss** appellant's motion to substitute counsel. *See* TEX. R. APP. P. 19.3 (listing actions court may take after expiration of plenary power).

Judge's signature:   /s/ Terry Jennings
            ☑ Acting individually    ☐ Acting for the Court

Date: October 31, 2017